COPY

| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 5:11CR01374-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 4:17cr7 - (ALM/CAN) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Juan Francisco Gutierrez-Mejia Mexico | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo |
|---|---|---|
| | NAME OF SENTENCING JUDGE Joseph M. Hood | FILED JAN 11 2017 Clerk, U.S. District Court |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/19/2015  TO 05/18/2018 |

**OFFENSE**

Re-entry of a deported alien, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Eastern District of Texas, Plano Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. § 3605.

November 2, 2016
*Date*

*DIANA SALDAÑA*
*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, PLANO DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

12/15/2016
*Effective Date*

*United States District Judge*